**PHILLIPS & ASSOCIATES**

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
*A PROFESSIONAL LIMITED LIABILITY COMPANY*

February 3, 2022

<u>*Via ECF*</u>
Honorable Roanne L. Mann, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Jennifer Miller v. Ideal Image of Long Island, et al.
              Case No.: 2:20-cv-05261-JMA-ST

Dear Judge Mann:

      The parties in the above-referenced matter jointly write this letter to advise the Court that they have reached a settlement in principle.

      Therefore, the parties respectfully request that the Court note their settlement on the docket and grant an additional 45 days from today's date for the parties to finalize the settlement process and file a voluntary stipulation of dismissal.

      Counsels for Plaintiff and Defendants thank Your Honor for Your consideration of this request.

Respectfully Submitted,

 /s/*Silvia C. Stanciu, Esq.*
**PHILLIPS & ASSOCIATES, PLLC**
*Attorneys for Plaintiff*
45 Broadway, Suite 430
New York, New York 10006
(212) 248-7431

Cc: Diane Krebs, Esq., Heather Hulkower, Esq., *Counsels for Defendants*