**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

JENNIFER MILLER,

        Plaintiff,

v.

IDEAL IMAGE OF LONG ISLAND, LLC
and ALYSSA FLEMING, individually,

        Defendants.

------------------------------------------------------------x

Case No.: 1:21-cv-03206 (RPK)(RLM)

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff, JENNIFER MILLER, and Defendants, IDEAL IMAGE OF LONG ISLAND, LLC and ALYSSA FLEMING, through their respective undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

PHILLIPS & ASSOCIATES, PLLC

By: _____
Silvia C. Stanciu, Esq.
45 Broadway, Suite 430
New York, New York 10006
(212) 248-7431
*Attorneys for Plaintiff*

Dated: 2/14/22

JACKSON LEWIS P.C.

By: _____
Diane Krebs, Esq.
58 South Service Road, Suite 250
Melville, New York 11747
(631) 247-0404
*Attorneys for Defendants*

Dated: 2-16-22

SO ORDERED on this ___ day of _____, 2022

_____
U. S. D. J.

17